UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| ROBERT GOGUEN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JENNIFER GILBLAIR, et al., )<br>)<br>Defendants. ) | 2:12-cv-00048-JAW |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on June 20, 2013 her Recommended Decision (ECF No. 65). The Defendants filed their objections to the Recommended Decision on July 12, 2013 (ECF No. 70) and their amended partial objections on July 17, 2013 (ECF No. 73) and the Plaintiff filed his Response to those Objections on August 5, 2013 (ECF No. 74). I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore <u>ORDERED</u> that the Recommended Decision of the Magistrate Judge is hereby <u>AFFIRMED</u>.

2. It is further <u>ORDERED</u> that the Defendants' Motion for Judgment on the Pleadings and for Summary Judgment (ECF No. 44) be and hereby is <u>GRANTED IN PART AND DENIED IN PART</u>. The Plaintiff's due process claim of prehearing punishment imposed on a pretrial detainee, First Amendment retaliation claim, and conspiracy claim will remain in the case; all other claims are dismissed with prejudice.

3. It is further <u>ORDERED</u> that the Plaintiff's Cross-Motion for Summary Judgment (ECF No. 55) be and hereby is <u>DENIED</u>.

SO ORDERED.

<u>/s/ John A. Woodcock, Jr.</u>
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 25th day of September, 2013